UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.  CV 08-3703-JST (SSx)                                              Date:  December 15, 2010
Title:  Yolanda Crews, et al. v. Domino's Pizza Corp., et al.

Present: **Honorable JOSEPHINE STATON TUCKER, UNITED STATES DISTRICT JUDGE**

| Ellen Matheson | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:     ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                                                       Not Present

**PROCEEDINGS:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE FOR FAILURE TO PROPERLY FILE A JOINT EXHIBIT LIST**

On October 15, 2010, the Court issued an Order on Jury Trial, which required the parties to prepare a joint exhibit list in compliance with the example in the Order and Local Rule 16-6. (Doc. 166 at 5.)  In addition the Order states:

> The joint exhibit list will contain the information required by F.R.Civ.P. 26(a)(3)(A).  The joint exhibit list will be filed no later than five (5) court days prior to the Pretrial Conference.  In order to produce the joint exhibit list, the parties will meet and confer sufficiently in advance of the required submission date.  **As part of the meet and confer process, counsel will stipulate so far as is possible as to foundation, waiver of the best evidence rule, and to those exhibits which may be received into evidence at the start of trial.**  The exhibits to be so received will be noted on the extra copies of the exhibit lists.

(*Id*.)  (emphasis added).  Accordingly, the Court orders parties to show cause why the Court should not issue sanctions for the failure to properly file the referenced trial document. **No later than December 20, 2010 at 12:00 p.m.**, the parties shall file the document and a separate written joint response explaining their disregard of the Court's Order on Jury Trial.

Initials of Preparer:  enm

**CIVIL MINUTES – GENERAL**                                                                        1