UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOLANDA CREWS, an individual; DAVE NGUYEN, an individual; FELICIANO CANO an individual; JOHN YEGHIAYAN an individual; DUKE LE an individual; HUGO URIBIO an individual; DARMAWAN GANDASETIAWAN, an individual; and MARK STRAWN, an individual.<br><br>Plaintiffs,<br>v.<br>DOMINO'S PIZZA, LLC, a Michigan Limited Liability Corporation; and DOES 1-50, inclusive<br><br>Defendants. | Case No. CV 08-3703- JST (SSx)<br><br>Assigned to: Hon. Josephine S. Tucker<br>Courtroom: 10A<br><br>**ENTRY OF JUDGMENT AGAINST DEFENDANT DOMINO'S PIZZA, LLC PURSUANT TO FRCP RULE 58.**<br><br>Complaint Filed: April 21, 2008<br>Removal Date: June 6, 2008<br>Trial Date: Jan. 11, 2011 |

///

///

///

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to FRCP Rule 58, judgment is entered against defendant Domino's Pizza, LLC as follows:

(1) The Court finds in favor of Defendant Domino's Pizza, LLC on Claim One.

(2) The Court finds in favor of Plaintiff Yolanda Crews on Claim Two

that Defendant Domino's Pizza, LLC failed to pay Plaintiff unpaid overtime wages, in violation of California Labor Code Sections 510 and 1194.  Therefore, Defendant Domino's Pizza, LLC owes Plaintiff Yolanda Crews $48,680.77, plus 10% interest of $23,481.01.

(3) The Court finds in favor of Defendant Domino's Pizza, LLC on Claim Three.

(4) The Court finds in favor of Defendant Domino's Pizza, LLC on Claim Four.

(5) The Court finds in favor of Plaintiff Yolanda Crews on Claim Five that Plaintiff was unable to take uninterrupted meal breaks as required by California Labor Code Section 226.7.  Therefore, the Court grants damages to Plaintiff in the amount of $19,654.04, plus 10% interest of $8,324.79.

(6) The Court finds in favor of Plaintiff Yolanda Crews on Claim Six, a violation of California Business & Professions Code Section 17200.

(7) The Court finds in favor of Plaintiff on Claim Seven.

The Court concludes that the Plaintiff Yolanda Crews is the prevailing party in her action against Defendant Domino's Pizza, LLC.

IT IS SO ORDERED:

Dated: June 30, 2011                JOSEPHINE STATON TUCKER
Honorable Josephine S. Tucker,
United States District Court
Central District