**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YOLANDA CREWS, DAVE NGUYEN, FELICIANO CANO, DUY NGUYEN, JOHN YEGHIAYN, DUKE LE, HUGO URIBIO, DARMAWAN GANDASETIAWAN, AND MARK STRAWN,<br><br>Plaintiffs,<br><br>vs.<br><br>DOMINO'S PIZZA CORP., a corporation, DOMINO'S PIZZA LLC, a Michigan Limited Liability Corporation; DOMINO'S PIZZA CALIFORNIA, LLC, a California Limited Liability Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 2:08-CV-3703 JST (SSx)<br><br>**JUDGMENT AGAINST PLAINTIFF FELICIANO CANO PURSUANT TO FRCP RULE 58** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to FRCP Rule 58 and in accordance with the jury verdict rendered on July 29, 2011 (Doc. 294), and the Order Regarding Court's Findings on Plaintiff Feliciano Cano's Equitable Claims (Doc. 349), judgment is entered in favor of Domino's

- 1 -

1 Pizza, LLC and against Plaintiff Feliciano Cano on each of the claims remaining in the
2 action.
3
4     The Court concludes that Defendant, Domino's Pizza, LLC is the prevailing party
on Plaintiff Feliciano Cano's action against it.
5

6
7 IT IS SO ORDERED:

8 Dated:January 25, 2012
9                                   Hon. Josephine Staton Tucker
                                  United States District Judge

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28